FREDA DAVIS et al., Respondents, v. THELMA GOLDSMITH, Doing Business as COZY CORNER LUNCHEON, et al., Appellants.—

743

Concur — Botein, P. J., Breitel and Rabin, JJ.; Valente and McNally, JJ., dissent and vote to reverse and deny the motion on the authority of *Cox* v. *New York Tel. Co.* (10 A D 2d 565).